UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00051-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TODD WASHINGTON, a/k/a Dewantez Orlando Thomas,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, March 16, 2009,** and responses to these motions shall be filed by **Monday, March 30, 2009.** It is

FURTHER ORDERED that counsel shall contact my chambers to schedule a hearing on all pending motions, if any, and final trial preparation conference, if necessary. It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, April 13, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated this 24th day of February, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge