IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO (Denver)

Criminal Case No. 09-cr-00051-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. TODD WASHINGTON, a/k/a Dewantez Orlando Thomas

        Defendant.

---

ORDER

---

THIS MATTER comes before me on a hearing on pending motions held on March 25, 2010. For the reasons stated on the record at that hearing, it is

ORDERED that Defendant's Motion to Disclose and Produce *Brady* (Exculpatory) Material filed March 16, 2009 [d/e 13] is **DENIED AS MOOT**. It is

FURTHER ORDERED that Defendant's Motion for Disclosure Pursuant to Rules 404(b) and 609, Federal Rules of Evidence filed March 16, 2009 [d/e 14] is **GRANTED** and the Government shall disclose all Rule 404(b) evidence no later that 45 days before trial and disclose all Rule 609 evidence no later than 30 days before trial. It is

FURTHER ORDERED that a ruling on Defendant's Motion for Preservation of Recording and Notes filed March 16, 2009 [d/e 16] is **DEFERRED**. The Government shall file a status report with the Court report regarding the existence of hand-written notes no later than **Monday, April 5, 2010.** The Defendant shall file a response, if any, no later than **Monday, April 12, 2010**. It is

FURTHER ORDERED that Defendant's Request for Notice of Government's Intent to Use Evidence filed March 16, 2009 [d/e 17] is **DENIED AS MOOT**. It is

FURTHER ORDERED that Defendant's Request for Notice of Intent to Call Expert Witness and Discovery Pursuant to Rule 16(a)(1)(D) and (E), Fed. R. Crim. P filed March 16, 2009 [d/e 18] is **GRANTED** and both parties shall disclose experts no later than 60 days prior to trial. It is

FURTHER ORDERED that Defendant's Request for Notice by Government of Intent to Introduce Evidence Pursuant to Rule 807, F.R.E. filed March 16, 2009 [d/e 19] is **GRANTED** and the Government shall disclose all rule 807 evidence no later than 21 days prior to trial. It is

FURTHER ORDERED that Defendant's Motion for Additional discovery filed November 5, 2009 [d/e 53] is **DENIED AS MOOT**. It is

FURTHER ORDERED that the hearing on Defendant's Motion to Suppress Evidence Underlying Count 1 of the Superseding Indictment & Supporting Brief filed November 27, 2010 [d/e 54] is **CONTINUED** to **April 1, 2010 at 1:00 p.m.**

Dated this 25th day of March 2010.

BY THE COURT:

s/ Wiley Y. Daniel  
WILEY Y. DANIEL,  
CHIEF UNITED STATES DISTRICT JUDGE