UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00051-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. TODD WASHINGTON, a/k/a Dewantez Orlando Thomas

       Defendant.

---

### MINUTE ORDER

---

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on September 2, 2010. A Change of Plea hearing is set for **Monday, October 4, 2010 at 3:00 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    The motions hearing set for Tuesday, September 7, 2010 at 2:00 pm. is hereby **VACATED**.

    Dated: September 2, 2010.