UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00051-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TODD WASHINGTON, a/k/a Dewantez Orlando Thomas,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A sentencing hearing is set for **Monday, April 25, 2011**, at **4:00 P.M.**

      Dated:  March 4, 2011