IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number:   09-cr-00051-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD WASHINGTON, a/k/a Dewantez Orlando Thomas,

    Defendant.

**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COUNTS
ONE AND TWO**

The Court has reviewed the Government's Motion to Dismiss Counts One and Two, and has considered the requested relief in conjunction with the Plea Agreement and Statements of Facts, the Presentence Investigation Report, and all relevant facts regarding the plea entered by Defendant Todd Washington, a/k/a Dewantez Orlando Thomas.  The Court finds that good cause has been shown to support dismissal of Count One and Count Two as requested by the Government.  It is hereby

ORDERED that Government's Motion to Dismiss Counts One and Two (ECF doc. #161), filed April 19, 2011, is **GRANTED.**  It is further

ORDERED that counts one and two of the Indictment against Defendant Todd Washington, a/k/a Dewantez Orlando Thomas are **DISMISSED.**

Dated this 25th day of April, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE