UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00051-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TODD WASHINGTON, a/k/a Dewantez Orlando Thomas,

    Defendant.

## ORDER GRANTING GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THE THIRD LEVEL FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)

THIS MATTER comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby

ORDERED that the Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. § 3#1.1(b), filed April 15, 2011, is **GRANTED.**  It is further

ORDERED that defendant shall receive a 3-level decrease in offense level for acceptance of responsibility under the provisions of §3E1.1 of the Sentencing Guidelines.

Dated this 25th day of April, 2011.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE